IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PLAYTEX APPAREL, INC., | § | No. 339, 2014 |
| | § | |
| Employer Below, | § | Court Below: |
| Appellant, | § | |
| | § | Superior Court of the |
| v. | § | State of Delaware, |
| | § | in and for Kent County |
| KATHY M. MELVIN, | § | |
| | § | C. A. No. K10A-06-011 |
| Claimant Below, | § | C. A. No. K10A-07-002 |
| Appellee. | § | C. A. No. K10A-07-004 |
| | § | C. A. No. K10A-08-005 |

Submitted: February 25, 2015
Decided: February 27, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## **O R D E R**

This 27th day of February 2015, the Court, having considered this matter on the briefs, concludes that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion dated June 4, 2013.[1]

---

[1] Appellant's stated in their Notice of Appeal that they also appeal from the Superior Court's Order dated May 29, 2014. Because Appellant's did not include in the body of their opening brief any argument related to that Order, we conclude that any appeal from that Order has been waived. *See* DEL. SUPR. CT. R. 14(b)(vi)(A)(3) ("The merits of any argument that is not raised in the body of the opening brief shall be deemed waived and will not be considered by the Court on appeal.").

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice